IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cr-40007-SMY-1 |
| | ) |
| DALTUN A. HASTY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Daltun A. Hasty was sentenced on October 17, 2019 to 135 months' imprisonment for conspiracy to distribute methamphetamine (Count 1) (Docs. 64, 68). Hasty's Motion for Sentence Reduction pursuant to 18 U.S.C. §3582 Amendment 821 was denied on February 12, 2024 (Doc. 81). He now requests a sentence reduction under the Youth Offender Amendment (Doc. 83).

The Youth Offender Amendment made several revisions to USSG §5H1.1, to emphasize the relevance of age at sentencing. The amended language provides that age "may be relevant in determining whether a departure is warranted" and that a downward departure may be warranted in cases in which the defendant was youthful at the time of the instant offense or any prior offenses. U.S.S.G. §5H1.1. However, the Amendment is not grounds for a sentence reduction as sought by Hasty. Accordingly, the Motion for Sentence Reduction (Doc. 83) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: January 27, 2025**

STACI M. YANDLE
United States District Judge